```
Frank J. Christy, Jr., SBN #119615
Law Offices of Frank J. Christy, Jr.
11 Western Avenue
Petaluma, California  94952
Telephone:  (707) 773-2714
Facsimile:  (707) 762-3538
e-mail:  frankchristy@comcast.net

Attorney for Plaintiff
TRESSA JULENE HOPKINS
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| TRESSA JULENE HOPKINS,<br><br>    Plaintiff(s),<br><br>v.<br><br>LOWE'S HIW, INC., et al.<br><br>    Defendant(s). | No. CV-08-1378<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

### REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 25, 2008              Signature _____

Counsel for Plaintiff Tressa J. Hopkins
(Plaintiff, Defendant, or indicate "pro se")

## PROOF OF SERVICE BY MAIL

I, Donna C. Kamahele, declare that:

1. I am employed in the County of Sonoma, California; I am over the age of eighteen years and not a party to the within cause. My business address is 11 Western Avenue, Petaluma, CA 94952.

2. I am readily familiar with the practice of LAW OFFICES OF FRANK J. CHRISTY, JR. for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

3. I served **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** in said cause on the following interested parties:

Charles D. May, Esq.
Tharpe & Howell
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, CA 91403-3221
*Counsel for Defendant Lowe's HIW, Inc.*

4. Said service was performed by U.S. Postal Service (mail) by placing each such document in a sealed envelope addressed as noted above, with first class mail postage thereon fully prepaid, for collection and mailing at Petaluma, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed and served April 25, 2008, at Petaluma, Sonoma County, California.

Donna C. Kamahele