1

2                           UNITED STATES DISTRICT COURT

3                          NORTHERN DISTRICT OF CALIFORNIA

4    TRESSA J. HOPKINS

5              Plaintiff(s),                          No. 08-01378 JL

6         v.                                          NOTICE OF IMPENDING
                                                      REASSIGNMENT TO A UNITED
7                                                     STATES DISTRICT COURT JUDGE

8    LOWE'S HIW INC.

9              Defendant(s).
     _____/

10

11        The Clerk of this Court will now randomly reassign this case to a United States District

12   Judge because either:

13   **XX**    (1)    One or more of the parties has requested reassignment to a United States

14   District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

15            (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary

16   restraining order) that a United States Magistrate Judge may not take without the consent of

17   all parties, the necessary consents have not been secured, and time is of the essence.

18        The **CASE MANAGEMENT CONFERENCE** previously scheduled for June 18, 2008

19   at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

20

21   Dated:  April 29, 2008

22

23
                                              Richard W. Wieking, Clerk
24                                            United States District Court

25              _____
                                              By: Wings Hom, Deputy Clerk
26

27

28

reassig1.DCT                              1