1  FRANK J. CHRISTY, JR., SBN 119615
   LAW OFFICES OF FRANK J. CHRISTY, JR.
2  11 Western Avenue
   Petaluma, California 94952
3  Telephone: (707) 773-2714
   Facsimile: (707) 762-3538
4
   Attorney for Plaintiff
5  TRESSA JULENE HOPKINS

6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO BRANCH

10

11 TRESSA JULENE HOPKINS,            )   Case No.: CV 08-01378 CW
                                     )
12            Plaintiff,             )   **PLAINTIFF TRESSA JULENE**
                                     )   **HOPKINS' CERTIFICATION AND**
13     vs.                           )   **NOTICE OF INTERESTED PARTIES**
                                     )
14 LOWE'S HIW, INC. and DOES ONE through )
   FIFTY, inclusive,                 )
15                                   )
              Defendants.            )
16 _____)

17

18     Pursuant to Civil L.R. 3-16, the undersigned, attorney of record for PLAINTIFF

19 TRESSA JULENE HOPKINS, certifies that as of this date, other than the parties, there is no

20 such interest to report.

21

22 Dated: May 2, 2008          LAW OFFICES OF FRANK J. CHRISTY, JR.

23

24

25                             By: _____
                                   Frank J. Christy, Jr.
26                                 Attorney for Plaintiff
27                                 TRESSA JULENE HOPKINS

28

## PROOF OF SERVICE BY MAIL

I, Donna C. Kamahele, declare that:

1.  I am employed in the County of Sonoma, California; I am over the age of eighteen years and not a party to the within cause. My business address is 11 Western Avenue, Petaluma, CA 94952.

2.  I am readily familiar with the practice of LAW OFFICES OF FRANK J. CHRISTY, JR. for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

3.  I served **PLAINTIFF TRESSA JULENE HOPKINS' CERTIFICATION AND NOTICE OF INTERESTED PARTIES** in said cause on the following interested parties:

> Charles D. May, Esq.
> Tharpe & Howell
> 15250 Ventura Blvd., Ninth Floor
> Sherman Oaks, CA 91403-3221
> *Counsel for Defendant Lowe's HIW, Inc.*

4.  Said service was performed by U.S. Postal Service (mail) by placing each such document in a sealed envelope addressed as noted above, with first class mail postage thereon fully prepaid, for collection and mailing at Petaluma, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed and served May 2, 2008, at Petaluma, Sonoma County, California.

_____
Donna C. Kamahele