UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRESSA JULENE HOPKINS,

        Plaintiff(s),

v.

LOWE'S HIW, INC. and DOES ONE through FIFTY, inclusive,

        Defendant(s).

Case No. 4:08-CV-1378 CW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6-3-08

                                                                                                                                                    *Tressa J. Hopkins*
                                                                                                                                                    [Party] Plaintiff

Dated: 6-4-08

                                                                                                                                                    [Counsel] for Plaintiff

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

## PROOF OF SERVICE BY MAIL

I, Donna C. Kamahele, declare that:

1. I am employed in the County of Sonoma, California; I am over the age of eighteen years and not a party to the within cause. My business address is 11 Western Avenue, Petaluma, CA 94952.

2. I am readily familiar with the practice of LAW OFFICES OF FRANK J. CHRISTY, JR. for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

3. I served **PLAINTIFF'S ADR CERTIFICATION BY PARTIES AND COUNSEL** in said cause on the following interested parties:

> Charles D. May, Esq.
> Tharpe & Howell
> 15250 Ventura Blvd., Ninth Floor
> Sherman Oaks, CA 91403-3221
> *Counsel for Defendant Lowe's HIW, Inc.*

4. Said service was performed by U.S. Postal Service (mail) by placing each such document in a sealed envelope addressed as noted above, with first class mail postage thereon fully prepaid, for collection and mailing at Petaluma, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed and served June 5, 2008, at Petaluma, Sonoma County, California.

_____
Donna C. Kamahele