1  GENE B. SHARAGA, ESQ. (Bar No. 131661)
   **THARPE & HOWELL**
2  15250 Ventura Boulevard, Ninth Floor
   Sherman Oaks, California 91403-3221
3       Telephone: (818) 205-9955
        Facsimile:  (818) 205-9944
4   E-Mail: gsharaga@tharpe-howell.com

5  Attorneys for Defendant,
        LOWE'S HIW, INC.
6

7

8                UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

10

11 | TRESSA JULENE HOPKINS,              ) **CASE NO.** 4:08-cv-1378 CW
12 |         Plaintiff(s),               ) (Honorable Claudia Wilken, Courtroom
                                         ) 2, 4th Floor)
13 | v.                                  )
                                         ) (Sonoma County Superior Court Case
14 | LOWE'S HIW, INC. and DOES           ) No. SCV241998)
   | ONE through FIFTY, inclusive,       )
15 |                                     ) **NOTICE OF APPEARANCE**
   |         Defendant(s).               )
16 |                                     )
   |                                     )
17

18        Counsel for Defendant LOWE'S HIW, INC. hereby provides Notice of
19 Appearance of Charles D. May, Esq. (California State Bar Number: 129663, E-mail
20 Address: cmay@tharpe-howell.com) and Stephanie Forman, Esq. (California State Bar
21 Number 195757, E-mail Address: sforman@tharpe-howell.com) to be added as
22 attorneys of record for defendant LOWE'S HIW, INC. in the above-entitled action.

23

24 Dated: June 19, 2008                              THARPE & HOWELL

25

26                                          By:  _____
                                                 GENE B. SHARAGA
27                                               Attorney for Defendant,
                                                 LOWE'S HIW, INC.
28 G:\Data\22031\Pleadings\Notice of Appearance.wpd

                                       - 1 -
                              **NOTICE OF APPEARANCE**

                                            Hopkins v. Lowe's HIW, Inc., et al.
                                            Case No. 3:08-cv-1378 CW

*Hopkins v. Lowe's HIW, Inc., et al.*
Case No. 4:08-cv-1378 CW

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, California 91403.

3. I served copies of the following documents (specify the exact title of each document served): **NOTICE OF APPEARANCE**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

> Frank J. Christy, Jr., Esq.
> LAW OFFICES OF FRANK J. CHRISTY, JR.
> 11 Western Avenue
> Petaluma, CA 94952
> (707) 773-2714; (707) 762-3538 - Fax
> Attorneys for Plaintiff,
> TRESSA JULENE HOPKINS

5.  a. ☐ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

    b. ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

    (2) ☒ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

- 2 -
**NOTICE OF APPEARANCE**

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

1  I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

c. ☐ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.)

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached.

f. ☐ **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

☒ I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

☐ I declare that I am a member of the bar of this Court.

June 19, 2008
DATE                    (TYPE OR PRINT NAME)        (SIGNATURE)

G:\Data\22031\Pleadings\Notice of Appearance.wpd

- 3 -
**NOTICE OF APPEARANCE**

Hopkins v. Lowe's HIW, Inc., et al.
Case No. 3:08-cv-1378 CW