FROM :  FAX NO. :805-659-5521  Jul. 02 2008 02:01PM P1

JUN-25-2008 08:24 From:USDC  To:18182059944  P.1/1

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOPKINS

    Plaintiff(s)

v.

LOWE'S

    Defendant(s)

No. C08-1378 CW

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. Section 636(c) and Rule 73, Federal Rules of Civil Procedure, the below party(ies) hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. (Parties may consent to the assignment of only one or more particular Magistrate Judge(s): Wayne D. Brazil                    ).
                            [Insert name(s) of Magistrate Judge(s)]

Dated: July 2, 2008  _____
                        Attorney for Plaintiff(s)

Dated: July 2, 2008  _____
                        Attorney for Defendant(s)

## DECLINATION

The below-named party(ies) decline to consent at this time to reference of the above-captioned matter to a United States Magistrate Judge for trial.

Dated: _____  _____
                        Attorney for Plaintiff(s)

Dated: _____  _____
                        Attorney for Defendant(s)

*Hopkins v. Lowe's HIW, Inc., et al.*
Case No.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, California 91403.

3. I served copies of the following documents (specify the exact title of each document served): **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   Frank J. Christy, Jr., Esq.
   LAW OFFICES OF FRANK J. CHRISTY, JR.
   11 Western Avenue
   Petaluma, CA 94952
   (707) 773-2714; (707) 762-3538 - Fax
   Attorneys for Plaintiff,
   TRESSA JULENE HOPKINS

5. a. ☐ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

   b. ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

   (2) ☒ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope

- 1 -
***

G:\Data\22031\Pleadings\pos - consent magistrate judge.wpd

1378 CW

*Hopkins v. Lowe's HIW, Inc., et al.*
Case No. 3:08-cv-

with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

c. ☐ **By overnight delivery**. I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service**. I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.)

e. ☐ **By fax transmission**. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached.

f. ☐ **By e-mail or electronic transmission**. Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

☒ I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

☐ I declare that I am a member of the bar of this Court.

July    , 2008      Jacqueline J. Thorne         *Jacqueline Thorne*
DATE                (TYPE OR PRINT NAME)           (SIGNATURE)

G:\Data\22031\Pleadings\pos - consent magistrate judge.wpd

- 2 -
***

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

G:\Data\22031\Pleadings\pos - consent magistrate judge.wpd

Hopkins v. Lowe's HIW, Inc., et al.
Case No. 3:08-cv-1378 CW