IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOPKINS,

        Plaintiff,

   v.

LOWE'S HIW, INC.,

        Defendant.
_____/

No. C 08-01378 CW

ORDER OF REFERENCE
TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1 and the consent of parties, IT IS HEREBY ORDERED that the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to Magistrate Judge Wayne D. Brazil to be heard and considered at the convenience of his calendar.  The case management dates previously set remain in effect, **unless** the pretrial conference and trial dates are reset by Magistrate Judge Brazil.  Dispositive motions shall be heard no later than February 26, 2009, **in accordance with Magistrate Judge Brazil's civil law and motion calendar.**

Dated: 7/8/08

                              CLAUDIA WILKEN
                              United States District Judge

cc: Wings, WDB