**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**July 8, 2008**

**CASE NUMBER:  CV 08-01378 CW**
**CASE TITLE:  HOPKINS-v-LOWE'S HIW, INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable WAYNE D. BRAZIL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WDB**

immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/8/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                          Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                           Entered in Computer 7/8/08AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                  Transferor CSA